Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52541.**—Meiselman & Weinstein *v.* United States, protest 124836–K (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52542.**—Lamson & Hubbard, Inc., et al. *v.* United States, protests 131146–K, etc. (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52543.**—G. de Blanc Co. et al. *v.* United States, protests 136084–K, etc. (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52544.**—Sam Forwand Co. et al. *v.* United States, protests 140445–K, etc. (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52545.**—Sam Forwand Co. et al. *v.* United States, protests 140555–K, etc. (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52546.**—J. E. Bernard & Co., Inc., et al. *v.* United States, protests 102493–K/ 91334, etc. (Chicago, New Orleans, and Philadelphia).

Opinion by MOLLISON, J. The protests were dismissed.

**No. 52547.**—M. E. Dey & Co., Inc., et al. *v.* United States, protests 135527–K, etc. (Milwaukee and St. Louis).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, SEPTEMBER 23, 1948

**No. 52548.**—Sandoz Chemical Works, Inc. *v.* United States, protest 139356–K (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378). The claim at 10 percent under paragraph 34 was therefore sustained.

**No. 52549.**—Hoffmann-La Roche, Inc. *v.* United States, protest 139864–K (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378). The claim at 10 percent under paragraph 34 was therefore sustained.

**No. 52550.**—Mutual Supply Co. *v.* United States, protest 695029–G (Los Angeles).

Opinion by COLE, J. At the trial it was established that the product in question is a concentrated syrup "like Coca-Cola or some of these other fountain drinks," used as a beverage when mixed with water, at a ratio of three or four parts water to one part durikomo. Following Abstract 36071, the claim at 20 percent under paragraph 1558 was sustained.